**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF KENTUCKY**
**CENTRAL DIVISION AT FRANKFORT**

| | |
|---|---|
| HOPE OF KENTUCKY, LLC, *et al.*, ) | |
|    Plaintiffs, ) | |
| ) | CIVIL ACTION NO.: 3:22-CV-62-GFVT |
| v. ) | |
| ) | |
| DANIEL CAMERON, in his official capacity ) | Removed from Franklin Circuit Court, |
| as the Attorney General of the Commonwealth ) | Case 22-CI-00842 |
| of Kentucky, ) | |
|    Defendant. ) | |
| _____ ) | |

## ORDER

This matter having come before the Court upon the motion [DK#___] of Plaintiffs, Hope Of Kentucky, LLC and Kentucky Bankers Association, by counsel, seeking the Court to abstain from deciding Plaintiffs' claims against Defendant, Daniel Cameron in his official capacity as the Attorney General of the Commonwealth of Kentucky ("AG Cameron"), dismiss this action without prejudice as to the parties' claims and defenses, and remand this case back to the Circuit Court of Franklin County, Kentucky, from which it was previously removed, and the Court having considered that motion and the filings of the parties,

**IT IS HEREBY ORDERED** that:

    1.    Plaintiffs' motion is granted; and

    2.    This matter is dismissed without prejudice to the claims and defenses of the parties; and

    3.    This matter is remanded to the Franklin Circuit Court, No. 22-CI-00842, based on the *Burford*, *Younger* and *Pullman* abstention doctrines; and

    4.    The Clerk of this Court shall send a copy of this Order to the Clerk of the Franklin Circuit Court and take such other steps as are necessary and appropriate to effectuate the remand

of this matter.

**TENDERED BY:**

\_/s/ M. Thurman Senn_____
John T. McGarvey (KBA #46230)
jtm@mpmfirm.com
M. Thurman Senn (KBA #82343)
mts@mpmfirm.com
MORGAN POTTINGER MCGARVEY
401 South Fourth Street, Suite 1200
Louisville, KY  40202
Tel. (502) 589-2780
Fax (502) 585-3498
*Counsel for Plaintiffs*

Debra K. Stamper (KBA #83890)
dstamper@kybanks.com
Kentucky Bankers Association
600 West Main Street, Suite 400
Louisville, KY 40202
Tel: (502) 582-2453
*Of Counsel*